IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NEWPORT NEWS DIVISION



FILED

MAY 30 2019

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CASE NO. 4:19mj71 |
| vs. | ) | |
| | ) | COURT DATE: June 12, 2019 |
| BARRY P. MORGAN | ) | |

## CRIMINAL INFORMATION

### CHARGE ONE

(Misdemeanor) Ticket No.7495927

THE UNITED STATES ATTORNEY CHARGES:

That on or about April 7, 2019, at Langley Air Force Base, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of the United States and in the Eastern District of Virginia, BARRY P. MORGAN, did knowingly and unlawfully operate a motor vehicle while under the influence of alcohol. (In violation of Title 18, United States Code, Section 7 and 13, which assimilates the Code of Virginia 18.2-266 and 270(A)).

G. ZACHARY TERWILLIGER
United States Attorney

BY: _____
Jeremy M. Skinner
Special Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News Virginia 23606
Phone: (757) 225-8512
Email: jeremy.skinner@us.af.mil

## CERTIFICATE OF SERVICE

I, Jeremy M. Skinner, hereby certify that on May 29, 2019, I caused a true and correct copy of the foregoing criminal information to be mailed to the defendant, BARRY P. MORGAN.

                                          G. ZACHARY TERWILLIGER
                                          United States Attorney

BY: _____
Jeremy M. Skinner
Special Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News Virginia 23606
Phone: (757) 225-8512
Email: jeremy.skinner@us.af.mil